■ ROGELIO LOPEZ, Respondent, v MENDON LEASING CORPORATION et al., Appellants, et al., Defendant. [775 NYS2d 526]—

Order, Supreme Court, Bronx County (Norma Ruiz, J.), entered July 21, 2003, which denied appellants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Summary judgment is precluded by unresolved questions of fact concerning whether the moving defendants owned, leased or operated the truck from which plaintiff fell (*see Reliance Ins. Co. v National Grange Mut. Ins. Co.*, 225 AD2d 1046 [1996]). Concur—Nardelli, J.P., Andrias, Sullivan and Ellerin, JJ.